UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:22-cr-297-SRC-JMB-2 |
| LEWIS REED, | ) ) ) |
| Defendants. | ) |

**WAIVER OF FILING PRETRIAL MOTIONS**

COMES NOW Defendant, Lewis Reed, by and through counsel, and hereby waives his right to file pretrial motions in the above-styled cause. In support of this waiver, Defendant states as follows:

1. Defendant and counsel have received discovery from the Government.

2. Defendant and counsel have discussed the pretrial motions this material implicates and their relative merit.

3. Based on these discussions, Defendant has determined to waive his right to file pretrial motions.

Respectfully submitted,

By:   /s/ Adam D. Fein

Adam D. Fein, # 52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
afein@rsflawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, Assistant United States Attorney.