UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:22-cr-00297-SRC-2 |
| LEWIS REED, | ) | |
| | ) | |
| Defendant. | ) | |

# Order

The Court vacates the *Frye* hearing and status conference set for August 23. On August 26, 2022 at 11:00 a.m., the Court will hold a change-of-plea hearing in Courtroom 3N. Defendant will be detained at the conclusion of the hearing, as required by 18 U.S.C. § 3143, unless Defendant meets an exception to detention set forth in the section 3143.

**I.  Release or detention pending sentencing for convicted defendants not subject to mandatory detention.**

Defendants with convictions for which mandatory detention does not apply must be detained, unless:

**1.**  The U.S. Sentencing Guidelines do not recommend a term of imprisonment. 18 U.S.C. § 3143(a)(1).

**or**

**2.**  Defendant proves by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c). *Id.*; *see also United States v. McDonald*, 4:20-cr-00070-SRC (E.D. Mo. April 23, 2021) (explaining 18 U.S.C. § 3143(a)(1)'s clear-and-convincing-evidence standard); *see also* Fed. R. Crim. P. 46(c) ("The burden of establishing that the defendant will not flee or pose a danger to any other person or the community rests with defendant.").

**II.     Release or detention pending sentencing for convicted defendants subject to mandatory detention.**

Defendants with convictions for which mandatory detention does apply must be detained pending sentencing, unless:

1. a) The Court finds that there is a substantial likelihood that it will grant a judgment of acquittal or new trial; **or**

   b) The United States recommends no sentence of imprisonment be imposed.  18 U.S.C. § 3143(a)(2)(A).

   **and**

2. Defendant proves by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community. *Id*. at § 3143(a)(2)(B); *see United States v. McDonald*, 4:20-cr-00070-SRC (E.D. Mo. April 23, 2021); *see also* Fed. R. Crim. P. 46(c).

The Court further notes that the "exceptional reasons" provision of 18 U.S.C. § 3145(c) does not apply to district judges.  *See United States v. Harry Hamm,* 4:19-cr-00613, Doc. 95 (E.D. Mo. April 27, 2021).

So Ordered this 22nd day of August 2022.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE