IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Case No.: 4:22-cr-297-2-SRC | |
| | ) | |
| LEWIS REED, | ) | |
| | ) | |
| Defendant. | ) | |

**FIRST MOTION TO EXTEND THE TIME TO FILE DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant, Lewis Reed, by and through counsel, and hereby moves this Court to extend the time to file his objections to the Presentence Investigation Report by seven days. In support of this motion, Defendant states as follows:

1.      Counsel received Defendant's Presentence Investigation Report (PSR) on November 1.

2.      Counsel began a trial on November 2 and first spoke with Defendant about the PSR mid last week.

3.      As a result, Defendant and counsel need a brief amount of additional time to review the PSR together and to file any objections thereto.

WHEREFORE, Defendant respectfully requests this Court to extend the time to file his objections to the Presentence Investigation Report by seven days.

1

Respectfully submitted,

By:     /s/ Adam D. Fein

Adam D. Fein, # 52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
afein@rsflawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, Assistant United States Attorney.