IN THE UNITED STATES DISTRICT COURT
ESTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Case No.: 4:22-cr-297-2-SRC | |
| | ) | |
| LEWIS REED, | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST AMENDED MOTION TO EXTEND THE TIME TO FILE DEFENDANT'S OBJECTIONS TO THE PRESETENCE INVESTIGATION REPORT**

COMES NOW Defendant, Lewis Reed, by and through counsel, and hereby moves this Court to extend the time to file his objections to the Presentence Investigation Report by seven days. In support of this motion, Defendant states as follows:

1.      Counsel received Defendant's Presentence Investigation Report (PSR) on November 1.

2.      Counsel began a trial on November 2 and first spoke with Defendant about the PSR late last week.

3.      Defendant does not expect to file any objections to the PSR but asks for a brief amount of additional time to (1) discuss the PSR further with counsel and (2) ensure that any objections that do arise are not filed outside the time frame set by this Court.

4.      Defendant, through counsel, has discussed this matter with Assistant United States Attorney Hal Goldsmith.

5.      Mr. Goldsmith does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Court to extend the time to file his

objections to the Presentence Investigation Report by 7 days.

Respectfully submitted,

By:    /s/ Adam D. Fein

Adam D. Fein, # 52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
afein@rsflawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Hal Goldsmith, Assistant United States Attorney.