



2021-05-06 Thursday 12:23:27









2021-07-03 Saturday 08:42:26



IPCamera

2021-12-14 Tuesday 15:32:46



17





2022-02-18 Friday 14:07:57



