November 9, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Courthouse
111 South 10th Street
St. Louis, MO 63102

Your Honor,

May 3, 2022, changed my life.  My husband walked into my office with a look on his face that I had never seen before. My heart sank because I thought something dreadful happened to our children. At first Lewis couldn't express what he was thinking until I pleaded with him to tell me what was happening. What I heard was inconceivable.

When we decided to live in the city, we purchased a dilapidated building and made it our home. We raised our two children, sent them to public schools, and joined our neighborhood association. Over the years Lewis earned several nicknames, but the most memorable was "sarge" because he hovered over the kids and me to make sure we were safe.

When my husband ran for and won Alderman of the 6th Ward, he made history by being the first African American to hold that seat.  He then went on to become the first African American President of the Board of Aldermen. As President of the Board of Aldermen, Lewis worked weekends, holidays, and birthdays, sacrificing attending his children's school activities and family events to support the city.

Lewis played a key role in many large development projects. These projects include: the billion-dollar transformation of Washington Avenue, the revitalization of Lafayette Square, new and rehabilitated housing throughout the 6th Ward, and numerous development agreements to assist local business owners (i.e., Field Foods). Throughout the development of these projects, there was never a hint of impropriety.

Lewis is not the same person he was before May 3, 2022. His actions have changed him and have impacted our family. It is very scary to have to "start over" at age sixty. Some may consider it a "slap on the wrist" if my husband is sentenced to probation and community service. I hope you can consider the whole picture: lost pension, lost reputation, permanent character damage, the effect on our family, and twenty years of service without a blemish as tangible, severe punishment for someone taking responsibility for his actions and is sincerely remorseful.

I pray you allow my husband to remain in the community where he can volunteer for non-profit centers across the city to update their computer network and /or rehabilitate their buildings or offices. This option will have a positive impact on the community and is a real way to give back to the people he let down.

Mary Entrup

October 31, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
St. Louis, MO 63102

Honorable Judge Stephen Clark,

I am writing this letter on behalf of Lews Reed prior to his appearance before your court on December 06, 2022. I got to know Lewis after he married my sister and learned what an upstanding and generous person he is. Myself and my immediate family live in another city in Missouri but most of my siblings and their families live in St. Louis. When my wife, children, and I would visit he opened his house, gave time, and good conversation to all of us. He has qualities that I strive for including compassion and character. He sacrifices himself for the benefit of our family and the community. In my opinion, the city of St. Louis will be worse for the loss.

I watched as Lewis helped bring life back into an aging city. This includes straightforward things like bike paths, trash cans, and general sanitation which brought improvements to the city's appearance. But he also ushered in transformative changes including rebuilding neighborhoods, revitalizing the central corridor, and bringing Major League Soccer to St. Louis. The city has benefited from years of tireless effort by Lewis.

I know Lewis is remorseful for his crime. He has suffered loses both professionally and personally. He and his family have lost so much. Please do not consider placing further hardships upon them. I hope you consider all of his personal contributions to the city of St. Louis as well as his personal responsibilities to his family when making your decision.

Respectfully,
Doctor Mark H. Entrup DO

November 14, 2022


The Honorable Judge Stephen Clark
U.S. District Court for Eastern Missouri
111 South Tenth Street
St. Louis, Missouri 63102

    Hello, my name is Max. I am Lewis' youngest son. I know you have a lot of letters to
read, so I will be quick. I want to start off by saying I am blessed. I am blessed to have such an
amazing father. Life is a lottery–you don't get to pick who your parents will be, and I lucked out
and won the jackpot. As a kid, I never understood how much sacrifice was put into making my
life so comfortable. Now that I am 22 years old, out of my parents' house, and living on my own
paying bills, I look back and have a whole new understanding.

    As a child, I saw my dad work 12–16-hour days on a regular basis. We didn't always
have time to hang out in traditional ways growing up, but he always made sure we were making
memories when we could. My favorite memories are when he would take me to I-Hop to get
pancakes late at night or when I would spend days following him around as he attended work
meetings. My dad has always been my biggest supporter. When I told him I was joining the
army out of high school he gave me a look of admiration. I could tell he realized that his hard
work as a parent was paying off.

    My dad has always reminded me to find gratitude and humility in everything I do.
Recently, I got word that I will be deploying to Poland in February of 2024 to aid the efforts in
Ukraine. Understandably, I was a bit nervous and scared for this future endeavor. He told me to
look at it as an  opportunity, not an obligation. He explained how most people never leave the
United States and I am lucky to travel across the globe at such a young age. I told him how I
was also excited to see the world. What I didn't tell him was how I was worried about missing
time with him. Time has suddenly seemed so scarce. Suddenly, I am faced with the harsh
reality that my dad is getting older. My dad is 60 years old, which I know isn't an elderly age,
but I still want to make every year count with him.

    The thought of him being imprisoned and spending years behind bars scares me more
than words could express. I don't want him to be locked away for the time I have with him
before I must leave for over a year. I know this is a selfish reason, but I just love my dad and
want to cherish the time I have with him. Every time I go out in public with my dad, someone
stops him to say thank you for what he has done for St. Louis. He is a role model and pillar of
the community; I know he values that. My dad is better served being out of imprisonment and in
the community he helped build over almost two decades. For these reasons I am asking you to
grant my father probation, not imprisonment.


Thank you for your time,



Max Reed

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
St. Louis, MO 63102

Your Honor,

I am writing this letter on behalf of Lewis Reed, who is set to appear before your court on December 6, 2022. It is my honor to provide a character reference for Lewis. He is my brother-in-law and I have known him for more than 20 years. I am providing this reference knowing that Lewis has accepted this charge.

Lewis is one of the most dedicated and hardworking people I have ever met. This has been evident in his service to the city of St. Louis for over 20 years. His leadership has resulted in improvements for the city in public safety through police and gun reform. He has also worked hard to bring economic development with legislation to bring much needed funding for revitalization and building improvements throughout the city.

Lewis is compassionate and kind and never misses an opportunity to help others. Always, when I visit, he opens his home for me and my boys. He does everything to make our stay as pleasant as possible, making sure we have everything we need. Often during our stay, he is called upon by his constituents for assistance. He always takes the time to help, no matter the hour. He even would wait until the end of the day, after everyone is tired and ready to end the day to meet his neighbor and assist with the rebuilding of their home.

Lewis has raised four great kids and I know this incident has left him humbled. This is not indicative of the true man that he is. He is remorseful and is, as I am, confident that this type of behavior is not indicative of his true nature. In my opinion, a fitting punishment for a person with an unblemished record is probation which takes into consideration his years of service to the people of St. Louis and his remorsefulness for his action.


Sincerely,

Bill Entrup

October 19, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
St. Louis, MO 63102

Your Honor,

This letter is an endorsement to the character of Mr. Lewis Reed.  My name is Robert Entrup.  My sister is Mary Entrup, the wife of Lewis.  This of course makes me related to Lewis, but I can assure you that my respect, admiration, and friendship is due more to who Lewis is as a person, and not solely based on our family relationship.

Without going into detail about his professional contributions to the city of St. Louis as part of his various government positions, which are well known, or into how he has helped me individually as a friend and role model, I would like to provide information on one of the many ways he has helped my family over the years.

My first son Joel was born on the autistic spectrum and has been diagnosed with Asperger's Syndrome.  Due to this condition, my son has difficulty in creating social bonds with people, interacting with others and feeling comfortable around people, including extended family members.  Over the 20 years of his life, Joel has made a special bond with Lewis.  He sees Lewis as a role model and mentor, as an inspiration on how to overcome adversity, how to be a good man. Most importantly, he sees Lewis as a friend.  I have not seen this type of bond or interaction with any other individual in Joel's life, including me, his father.  Lewis continues to positively influence Joel's life in so many ways and has been a huge part in the success of my son, who graduated high school, is currently attending college, and working to be a more independent individual.  I know that Joel's progression into adulthood has been significantly enhanced due to his friendship and bond with Lewis Reed.

I have had the pleasure to know Lewis for over 30 years.  We have been together as family, as well as friends.  I know him as one of the most kind, caring, generous and honest men I have ever had the pleasure of knowing.  Please consider these comments on Lewis Reed during the proceedings.

Kind regards,

Robert Entrup and family.

U.S. District Court for the Eastern District of Missouri The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10ᵗʰStreet
St. Louis, MO 63102

Your Honor,

I am writing this letter on behalf of Lewis Reed, who is set to appear before your court on
December 6, 2022. It is my honor and privilege to provide a character reference for my father,

In the interest of letter length and time, I will try to sum up my father as best as I can in one
page. I have always viewed my father as superhero who has overcome many obstacles and
succeeded with patience, kindness, dignity, and integrity. My father has overcome some
unfortunate life situations such as homelessness, and childhood experiences where the odds of
living a successful, meaningful life were all stacked against him. However, you see my father
will find the "silver lining" in each life experience by focusing on what he can positively create
from such unfortunate life circumstances. I believe this is one of many reasons why he has
dedicated his entire existence to being a public servant.  He wanted to see a community like
St. Louis thrive to its utmost highest potential. He has unquestionably enjoyed being a
part of contributing to St. Louis' successes.  Serving the citizens of the city of St. Louis has
been utterly an integral part of his life. I know he is deeply impacted by having to resign from a
position that has been such a large part of St. Louis and the community he loves. It's very
sad and disheartening this charge will be a part of his life story but, I also believe he has found
and is finding again the "silver lining." Through this experience thus far, he is learning some
very valuable life lessons such as the value of family, trust, healthy relationships, and most
importantly not putting yourself in harm's way when you feel you are only helping another.

My experiences with my father have never left me questioning his moral compass or character.
Therefore, I would not be led to believe this behavior would be a pattern for him.  In fact, I see
him living a quiet life, enjoying much needed time with his family, and really leaning on his
family support system to help build on the lessons he will take away from this experience.
Therefore, in my opinion a fitting punishment for a person with an unblemished record is
probation which takes into consideration his years of service to the citizens of St. Louis, his
contributions to bettering the city of St. Louis, his age, and the already realized consequences he
has faced because of his actions.

Sincerely,

*Ashley E. Reed*

Ashley E. Reed, November 2, 2022

November 3, 2022

The Honorable Judge Stephen Clark
U.S. District Court for Eastrern Missouri
111 South 10th St.
St. Louis, MO  63102

Dear Honorable Judge Clark,

I don't think I can summarize all of the wonderful things about my dad, Lewis Reed in
this letter but I will try.  He has been a dedicated father to all four of us kids and has
wanted nothing more than to see us grow and thrive into our own adult lives.

Although he has dedicated many years and tireless hours to the City of St. Louis and
his constituents, he's always doing the same for his family.  I couldn't ask for anything
more from a father.  He taught us how to be hardworking, genuine, caring, and honest
people.  He encouraged us to follow our dreams and that anything is possible as long
as we do it the right way; and a little hard work goes a long way.  There have been so
many times in my own life that he has helped me get out of a low space.  The thing is,
most people will only show genuine care and concern for others that they know, but my
dad–he does that for anyone he meets.  This is why so many people around the city of
St. Louis and beyond have true respect for him, not just because of his
accomplishments but because of who he is. When he does things for others it comes
from a genuine space.  That's why I couldn't imagine that these circumstances were
intentional or done with any malice intent

I hope that you can show leniency at sentencing.  Since we were small kids, he always
told us that it doesn't matter what you do whether you're scrubbing toilets, working at a
fast food restaurant, or a CEO of a company you should always take pride in what you
do.  I believe that's what he did his entire career. He truly has so much respect for the
city and for the people who reside in it and that's why he dedicated so much love and
care towards everything he did to see the city thrive. He loves the City of St. Louis, and
I hope and pray that all of the care that he has put into the city can be given back to
him.  He deserves at least that much.

Yours Truly,

Sarah Reed
Lewis Reed's daughter

November 21, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10TH Street
St. Louis, MO 63102

Your Honor,

My name is Roderick Reed, and I am the brother of Mr. Lewis Reed.   I'm writing this letter on my brother's behalf to attest to my personal experience of his character. As a son, brother, friend, student, athlete, coworker, and public servant to the community of St. Louis, Mr. Reed has developed relationships that witness to his enduring character to make moral decisions for himself and his relationships.

Mr. Reed has continually aspired to operate with integrity, altruism, self-improvement, resiliency, and personal responsibility throughout his life, but unknowingly established an example of manhood for those around him. I had the privilege of having my brother as a mentor to assist me personally and professionally as his younger sibling. Mr. Reed has been a  constant  source of encouragement  and symbol of perseverance.   I have six years in Fire Service, 14 years of law enforcement service, as well as an honorable discharged member of the armed forces.  I firmly believe that my success is because my brother not only counseled but modeled leadership.

We might focus on his humanity rather than issuing a harsh penalty for any mistake that should not define the remainder of his life. The term ""criminal"" conjures up images of wrongdoers who, while unworthy of regard or compassion at the time of their misdeeds, evolved to be outstanding figures of leadership, advocacy, business,  and historical merit. Frank William Abagnale, Kevin Mitnick, and Judge Greg Mathis, etc., are examples of criminals. They, too, made poor choices at times but were able to atone for their mistakes and regain their travel on the path of success.   The recent error in judgment has served as a learning opportunity that will remind my brother the responsibility of his actions rather than being a succession of mistakes that will last the rest of his life.  He is reminded that he has a support system with his family, his colleagues, and the justice system that he has graciously served for many years as a civil servant.

I humbly request the court takes this letter into consideration during this time.  Despite the current case, I firmly believe that Lewis Reed to be an honorable individual, value member of our community and remarkable man.

In Service to God, Family and the Public,

Roderick Reed

November 9, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Courthouse
111 South 10th Street
St. Louis, MO 63102

Your Honor,

My name is Sam Reed and I'm the third oldest of Lewis Reed's four children. When my dad sat both my brother and me down to explain his situation, I was speechless and angry at him.

My dad taught me how to ride a bike, skateboard and even helped me post a video of me performing an "olly" on Youtube. He is a great wrestler and coached me during my own tournaments. When playing football at Bishop DuBourg High School he missed some games, but I know he tried very hard to be present at each one.

While growing up, dad missed a lot of family events because of his work. But he and my mom worked together to make sure our home was a safe, loving environment for us to grow up in.

I have a great relationship with my father because I could trust him and believed what he would tell me. We have had our load of discussions, but my dad always made sure to talk to me after any argument and tell me he loved me no matter what.

I could go on and on all day about how much my father has done for me and my family plus and all the good he has done for the City of Saint Louis in his political career. The bottom line is my family needs my father. He already lost his pension putting financial stress on my family and mom. I am very worried that if you put my dad in jail, we will lose our house and me and my mom won't have anywhere to go.  I ask you to give him probation, giving him the ability to still work so we don't lose our home.  Putting my dad is jail will not make St. Louis safer.

Thank You,

Sam Reed

The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
US District Court For the Eastern District of Missouri
St. Louis, Missouri 63102

Your Honor,

I am writing this letter on behalf of Lewis Reed, who is set to appear before your court on
December 6, 2022. It is my honor to provide a character reference for Lewis, who I have known
all my life.  I provide this reference with full knowledge that Lewis has accepted responsibility
for his crime.

I can say with total confidence that few men possess the moral character of Lewis Reed. Lewis
served the citizens of St. Louis for over 20 years in his position as both the President of the
Board of Alderman and alderman of the 6th Ward.

Throughout his tenure he admirably served the citizens of St. Louis and positively impacted the
citizenry with the implementation of supporting victims of crimes, in which he met with the
families who have lost loved ones to gun violence as we have lost a brother to gun violence as
well. He has also served his community.  President Reed has also passed legislation to establish
Ordinance 70748, which directs the St. Louis Development Corporation to create a plan to
advance the City forward and generate more revenue. Reed spearheaded legislation that
produced the best Minority Participation contract this City has ever seen. He also sponsored and
passed legislation that will increase facilities for youth, aid in the revitalization of the Northside
and tackle issues of family and domestic violence in our city. He supported legislation and the
established a first ever fund for stabilizeng vacant city-owned buildings. This effort, known as
Proposition NS for "neighborhood stabilization," will generate up to $6m each year for direct
investments in highest-need neighborhoods, attracting private investment in areas that have
declined for many decades, which is just one example of his many achievements.

As his youngest sister, I have never had to question his integrity whether personally or
professionally. Moreover, his current circumstance does not lead me to believe this behavior is
indicative of a long-term pattern. Lewis has been deeply affected by his lost reputation, legacy,
pension, and dignity. In my opinion, a fitting punishment for a person with an unblemished
record is probation which takes into consideration his years of service to the people of St. Louis,
his contributions to bettering the City of St. Louis, his age, and the already realized
repercussions he has faced because of his actions.

Sincerely,

Kimberly Reed

October 27, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Courthouse
111 South 10th Street
St. Louis, MO 63102

Your Honor,

I am writing this letter on behalf of Lewis E. Reed, who is set to appear before your court on December 6, 2022.

I have known Lewis E. Reed since 1981 as a friend, spouse, ex-spouse, and father of our two children. He has a never-ending dedication to his family, friends, co-workers, and colleagues. There is no doubt of his love for the City of St Louis either. His determination to work tirelessly is evidence by his proven track record. Many people feel a strong family connection to Lewis because he is such a caring person who strives each and every day to look beyond a person's culture, status, or ethnicity for solving problems. In fact, it interests him to learn about all people. The people who have worked for him as well as his family know of his innate ability to bring people together, hard work, honesty, and kindness to everyone.

Lewis' moral compass and work ethic started early in his life. He was a Greco Roman Illinois state wrestling champion amongst other accolades during his high school wrestling career.  A portrait still hangs at his high school. During his formative years, he faced many adversities finding himself homeless. He may have eventually slept on a friends couch but he continued to work as a night janitor, attend school and wrestling. This situation did not deter him from graduating high school and attending college. If you were looking at his portrait at Joliet Central High School, you would never guess the challenges he had already encountered at such a young age.

Life shapes us, but these unexpected life events did not change his character. His moral compass, dedication, hard work and determination had already been developed. These are attributes that remain consistent today. Even in college, his actions displayed a trusted and honest individual, in both his athletics, academics and his friendships. His teammates called him "True Blue Lou".

Although our marriage did not continue, we remained friends and his unwavering love for his children never faltered. His support to me and my family has been appreciated. Life events such as my father's funeral, attending my nursing school graduation to give me a high five, cheerleading events, college tours and orchestra concerts for the girls are just the beginning. There are many more example of who he is as a father and friend. He has been a role model for them, leading by example and demonstrating a positive outlook on life.

The man that will stand before you in December is a good and honest man who still wakes up every day trying to do the right thing. The culmination of his life's dedication to serving others should not be so harshly judged. I ask that you provide him leniency or probation for someone who has no criminal record.

Sincerely,

*Julia E. Reed*

Julia E. Reed

The Honorable Judge Stephen Clark
U.S. District Court for Eastern Missouri
111 South 10th St.
St. Louis, MO 63102

Dear Judge Clark,

Hello, I am the nephew of Lewis Reed, and I have quite a few reasons why I think my uncle is one of the most caring, giving, and thoughtful people I have ever met. Throughout my entire life, the Reeds and my family have been very close. We would come to visit more than once a year, and still do. Every time Lewis and his family opened their house to us with open arms which in turn developed some of my closest and most personal relationships with this family. Even when I could tell Uncle Lewis was busy being an upstanding member of his community, he still went out of his way to not only make sure everyone in my family was comfortable and had everything they needed, but also anyone that was around him. He has always put others before himself. I have never gone to work with my uncle, but I still know how much he has done and put into the community that he loves around him. I do not believe that jail time for my uncle will help the community in any way, and his family that has already lost so much do not need to lose their caring father or loving husband either. I have so many other examples of why Lewis is a great man and member of the community, but these are the reasons why I ask you to consider probation based on his record of service to the community, age, and in recognition of the price he has paid for his actions.


Cole Herrmann

Adam Entrup
120 Leonard Street, Apt 1
Brooklyn, NY 11206

October 30, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen R. Clark
111 South 10th Street
St. Louis, MO  63102

Your Honor,

I am writing in regards to the sentencing of my Uncle Lewis Reed on December 6, 2022. Uncle Lewis has
always been a positive influence in my life. He was always willing to open his house to everyone,
especially his family. And while we may not have always been the most well behaved children in the
world, Lewis would never yell or get angry with us. He would sit us down and talk to us about what is right
and wrong. That has resonated with me and how I continue to deal with conflict to this day.

I have seen his dedication to the city of St. Louis through his hard work. As a soccer lover I was very
proud of his work on MLS4THELOU. I have always considered St. Louis a soccer city and I was happy
when Uncle Lewis successfully pushed through the adoption of an MLS team into the city after resistance
from city leaders. I am also amazed at the dedication Uncle Lewis has shown in trying to stem violence in
St. Louis with the many progressive programs he has sponsored, including the gun buyback program.

I know Uncle Lewis is remorseful for his actions. I hope you can see it in your heart to be lenient in your
sentencing.


Respectfully,
Adam Entrup

October 31, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
St. Louis, MO 63102

Your Honor,

Lewis Reed is a man of integrity, perseverance, and amenity. He is also my uncle. It is with
great esteem I write this letter on his behalf prior to his appearance before your court on
December 6, 2022.

My Uncle Lewis' dedication to his position as President of the Board of Aldermen served as a
source of motivation from an early age. His tireless work for the city of St. Louis was the catalyst
for my interest and involvement in politics. The first hands on experiences I had with political
campaigns were Lewis' mayoral races. His determination to enhance the lives of residents in
the city taught me the invigorating nature of local politics. He was a beacon of inspiration in
demonstrating how fulfilling it can be when working to better your community.

Lewis' career is a truly inspiring example of what can be achieved with a persistent commitment
to bettering the world around you. In partnering with the Sprint 1Million project he secured
access to the internet in underserved areas to ensure school children had the tools necessary
for educational success. The plan he developed to revitalize Washington Avenue successfully
produced over $1 billion in new development and the addition of hundreds of new housing units
throughout the city. Furthermore, he has been a champion of environmental legislation such as
updating city building codes to ensure a reduction in greenhouse gas emissions along with the
Bike St. Louis program which created miles of bike path across the city which both reduces the
necessity of cars and promotes health and wellness.

Beyond his career, Lewis is a warmhearted soul with an upbeat, animated disposition. He has a
riotous laugh that would bring a smile to your face even when heard from a room away. One of
my favorite things I've learned about him is his love of show tunes. There have been many
happy memories made with me, my cousins, and Lewis dancing around the kitchen singing
Rent or Hairspray as loudly and off-key as possible.

It is futile to attempt to convey the remorse my uncle feels in his dereliction of duty as it is too
vast to articulate. He has lost his community, his position, his dignity, and his regard. His family
has lost a provider and their reputation. I appeal to you and your position to consider the losses
already realized and the years spent in service to the community when determining the proper
sentencing for Lewis.


Respectfully,
Claire Entrup

October 30, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
St. Louis, MO 63102

Your Honor,

My name is Debbie Entrup and Lewis Reed is my brother-in law. I have known Lewis for 31 years. He
is a good man who has always provided strength, support, kindness and love to his family, his
friends, and his community.

Eighteen months ago, I made the decision to move back to St. Louis. I knew that I wanted to live in a
city that was striving for improvements, growth and working for the betterment of its citizens. Lewis
has worked tirelessly to improve the City of St. Louis over 20+ years, his accomplishments are too
numerous to list, so here are a few that have impressed me and help me choose St. Louis as my
home.

Lewis understands the gravity of his situation and I know he will not be compromised again. He and
his family have been deeply affected by this situation.  Their losses are deep and undeniable, all of us
who have the privilege to know Lewis are grieving

I hope that you can see it in your heart to show leniency to Lewis and grant him probation.  Here is a
man who has given 20 years to public service to St. Louis and deserves compassion. By granting
probation he can begin to rebuild his life and support his family. Most importantly, we can all begin
our healing process.

Sincerely,

Debbie Entrup
4909 Laclede Ave
St. Louis MO 63108

10/24/2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Courthouse
111 South 10th Street
St. Louis, MO 63102

Your Honor,

I am writing this letter on behalf of my uncle, Lewis Reed who is scheduled to appear
before your court on December 6, 2022. I'm writing this letter to speak to Lewis' great
character and his care for the city. He's a man of great integrity, selflessness and
kindness who genuinely loves the city that he represented for 20 years.

As a public servant for the city of St. Louis, Lewis worked tirelessly to improve the city
and the lives of those who reside there. His accomplishments as an alderman include
making the city safer through the Cure Violence program, more sustainable through the
no idling law he sponsored and the Bike St Louis program, and more equitable through
his work on education and economic development. He accomplished these and
countless other city improvements through hard work and drive, while still being a caring
father and husband. Over the many years I've known Lewis I can recall example after
example of Lewis working late into the evening but still finding the energy to drive or
bike hours to spend time with his family the very same night. The work never ended for
Lewis, who would spend hours discussing the latest political issue with any who would
listen, explaining to great detail the decisions he has made and how he felt these
decisions will lead to the greater good for others, before getting back to firing up pizzas
for his guests or singing show tunes with his nieces. Lewis is a man who can find any
amount of time to help the city he represents and to be there for his family without ever
needing a moment for himself.

Lewis made a grave mistake in judgment and that is the reason he is appearing before
you. I hope the many years he spent working to improve the lives of those around him
will be considered on that day. Despite working his entire life to improve the city he
represented, this trial may mar his reputation to many of those whose lives he
demonstrably improved, which itself serves as a heavy punishment. I believe and hope
that his history of serving with integrity and unimpeachable character will lend to a
lenient sentence.

Regards,

*Evan Boulware*

November 1, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
St. Louis, MO 63102

Your Honor,

I am writing this letter on behalf of my brother Lewis Reed. I am pleading for justice for a man who possesses great integrity and strength and nothing less. A humble man who, for 20 years, has dedicated his life to serving the people of St. Louis.

We were raised by a village; our families and church members taught us our values and morals. We didn't have much, but what we had, we leaned to share.

My brother was blessed to be a visionary.  He could see what others may have seen as the impossible, possible. Mr. Reed is a humble servant and fought for what is fair for the people. He was their voice.

After completing college, Mr. Reed relocated to the city of St. Louis.  He saw a need to help improve his community, so he decided to run for the alderman in the 6th ward, then later President for the Board of Alderman.

My brother would spend sleepless nights putting together laws and bills in place.  He saw a greater need to improve the City of St Louis and bring jobs that would generate revenue. Some of his accomplishments while serving on the Board included: tackling gun buyback to get guns off the streets, police reform, which mandated police training, economic development, and passing legislation to establish Ordinance 70748.

I have presented a few examples among a huge list of his achievements during the more than 30 years he served the City of St. Louis.  I ask that my brother be judged on his character and the work he has done.

Sincerely


Roberta Gaddy

October 16, 2022

George Boulware
1110 Dolman Street
St. Louis, MO 63104

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
St. Louis, MO 63102


Dear Judge Clark,

This letter comes to you to vouch for Lewis Reed's character, integrity and sense for greater good.  As his brother-in-law, he has had a positive impact on my children, our entire family and I truly believe the entire city of St. Louis.

It was so gratifying when the NFL settled their law suit with the City of St. Louis.  We all remember that the Rams would eventually move to Los Angeles, but most forget the unpopular stand Lewis took.  When the Ram's announced their departure Lewis did not sit idle.  He fought back, not because it was popular, but because it was the right thing to do.  He knew he would suffer politically, but he fought to form an alliance and worked to fulfill the city's obligations under the NFL's relocation clause.  He worked with Mr. Richardson, the owner of the Carolina Panthers who sat on the relocation committee.  The relocation committee would vote to keep the Ram's in St. Louis because of the collective effort led by Lewis.  That would be turned over by the vote of all owners, but his due diligence at the time is why the City would eventually receive the $790 million in damages.

While that victory was a huge public victory, so many other things go unseen.  One of the things that separates Lewis is the way he treats others.  He is one of the most authentic and genuine people I have ever met.  When I run errands or go places with Lewis, inevitably someone will come up to Lewis.  They will greet him warmly, and then Lewis will have a discussion and he will listen.  In his term as alderman and President of Aldermen, he represented every citizen of St. Louis, not just the wealthy and powerful.

In 2019, we moved to Lafayette Square.  We love the neighborhood and I love the stories I hear about Lewis and the vision he shared with some of the original neighbors that revitalized the neighborhood.  When he started as the alderman for the sixth ward the neighborhood was just a shell.  He changed the way developments were funded by working to develop a neighborhood plan and passing the St. Louis' first Neighborhood TIF.  Lafayette Square owes a lot of success to the way he empowered the people of the neighborhood to take ownership.  Abandoned cars were parked where our fountain plaza now stands.

Judge Clark, I would ask for leniency in sentencing.  God knows our city needs much help in so many ways.  I believe Lewis will grow as a person after serving this next chapter of his life, and I believe he will always be a force for good.  I have no doubt he will have a positive impact on others if he is sentenced to time, but he can do so much for more for society on the outside.

Thank you for listening, may God bless you and may you take into consideration how Lewis has served the public, sacrificed personally and while taking accountability for his actions.  The city of St. Louis and the world could use more people like Lewis Reed.

Sincerely,

George Boulware

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
St Louis, MO 63102

Your honor,

I am writing this letter on behalf of Lewis Reed, who is set to appear in court on
December 6th, 2022. It is my honor to provide a character reference for Lewis Reed as he has
done for me many times in the past without hesitation. Lewis Reed is my uncle and I have
known him for 29 years. I provide this reference with full knowledge that Lewis Reed has
accepted this charge.

I am proud to call Lewis my uncle and always have been. I'm forever grateful for all that
he has done for me, my family, and the city of St. Louis. Whenever I apply for jobs or need
character reference of any kind Lewis has always been my first choice and he has always been
willing to help.

As alderman of the 6th ward and president of the Board of alderman, Lewis has served
the citizens of St Louis for 20 years. Lewis has made St. Louis a safer and better place to live.

I envy Lewis Reed's ability to always see the good in people. Lewis always brings an
incredibly energetic and positive energy in the room. Throughout the years I have noticed that
everyone that meets Lewis immediately feels welcome and heard. Lewis Reed cares about not
only his community, but the well being of all human beings regardless of who they are. Please
consider what Lewis has already gone through and consider a modest sentence for his crime.

Sincerely,

Jack Boulware

10/23/2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Courthouse
111 South 10th Street
St. Louis, MO 63102

Your Honor,

I am writing this letter on behalf of Lewis Reed who is scheduled to appear before your
court on December 6, 2022. Lewis has been an integral part of my family for over 30
years. He has been present and supportive through both the death of our parents and
the birth of our children. Throughout our relationship he has demonstrated honesty,
character, and integrity. I am proud to be his sister-in-law and can attest to his moral
character without hesitation.

Lewis has served the City of St. Louis for over 20 years. Throughout his tenure, his
decisions and actions centered on serving the citizens of the city. He was never
interested in personal benefit, rather he worked tirelessly to benefit those in need. His
contributions to the St. Louis are numerous and the city is still benefitting from his hard
work. This is demonstrated, among others, in the settlement with the National Football
League. Without Lewis's perseverance and willingness to take political "hits" the city
would never have benefitted from the settlement of the lawsuit. I recently moved to the
Lafayette Square neighborhood in St. Louis. Every day I see the result of Lewis's hard
work to revitalize my neighborhood.

Lewis is not defined by the offense for which he is appearing before you. He has been
deeply affected by these actions and has paid a large price both financially and
personally. Therefore, I ask you to consider the price he has paid and his value to his
family when you determine his sentence. I believe given his age, history of commitment
to service to the citizenry of the City of St. Louis, and his role as a model of integrity
and character to his family, a lenient sentence would be appropriate.

Regards,

*Karen Boulware*

October 11, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10th Street
St. Louis, MO 63102

Dear Honorable Judge Clark,

I am writing to you on behalf of Lewis Reed. I have known Lewis for over 20 years, and he is the most honest man I have ever met. He has never given me any reason to doubt his honesty and sincerity.

He has raised four wonderful kids that are all doing well. He is a good family man. If we need any assistance with any construction or help, he always the first to lend a helping hand.

Lewis Reed has dedicated his life for the betterment of the city of St. Louis. As an Alderman he transformed Lafayette square from a dilapidated high crime area with little to no business to a thriving community. He has helped bring in new business which in turn brought in lots of diversity for the area.

He helped keep the St. Louis Blues hockey team from leaving, he was even congratulated by the Blues during the Stanley cup celebration. He led a group of businessmen to come up with a second proposal to help keep the Rams from moving and was instrumental in getting the city a new professional soccer team.

I ask you to please look at his body of work and consider no more than probation for this man.

Regards,

Kevin Entrup

Laurie Chadwick-Entrup
5120 S Winslow Ct
Springfield, MO
417-844-6582

October 30, 2022

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen R. Clark
111 South 10th Street
St. Louis, MO  63102

Dear Judge Clark,

I am proud to write this letter for my brother-in-law Lewis Reed. It is my hope that you will see the same positive view of his character that I share with so many of his family, friends and acquaintances. I have known Lewis for over 30 years and can honestly say I have never seen him mad or upset.

Our children grew up together and he has been a great roll model for them. He opens his house to strangers and is available to give rides or advice, or just to listen, which I think is his best quality. He and his wife Mary often host backyard barbecues, swim parties or outdoor movie nights, inviting anyone who is interested.

His dedication to his position as President of the Board of Aldermen for the city of St. Louis often meant he spent time away from his family, but by doing so he gave the city many things to be proud of, including his work on public safety.  He initiated and secured funding for the Cure Violence program working on a "cure" with other city organizations hoping to break the cycle of violence in St. Louis. Lewis also sponsored a gun buyback program that helped remove weapons form the streets of St. Louis.

Reading the charges Lewis has plead to one might think him a corrupt, dishonest and vengeful politician. The Lewis Reed that I know is 180 degrees different from this description. He is honest, courteous and helpful. Instead of being vengeful, he is gracious in defeat.  After his mayoral campaign loses, he, as President of the Board of Aldermen, did not let his ego get in the way of what was good for the citizens of the city of St. Louis, but graciously aided the new administrations to ensure continuity in the governing of the city.

Lewis and his family have suffered greatly over this ordeal.  Not only has the family lost a salary and pension, but Lewis has also lost his dignity. Our family will rally around the Reed family as Lewis has done so many times for others.

I ask for your mercy when considering a sentence for Lewis Reed. I know Lewis is remorseful. I know he would do anything he could to take back his actions. I know he would love to have his job and his dignity back, but right now he would love just to be with his family as they heal from the pain they are enduring.

Thank you, your honor.

Respectfully,
Laurie Chadwick-Entrup

U.S. District Court for the Eastern District of Missouri
The Honorable Judge Stephen Clark
Thomas Eagleton US Court House
111 South 10ᵗʰ Street
St. Louis, MO 63102

Your Honor,

I am writing this letter on behalf of Lewis Reed, who is set to appear before your court on December 6, 2022. My name is Kathryn Boulware and I am lucky enough to be able to call myself Lewis Reed's niece. I write this letter to you with full knowledge that Lewis has accepted his charge, but feel it is my duty to advocate on behalf of his character.

Whether Lewis is fighting to make St. Louis a safer city, pushing for police reform, supporting small businesses, or working to bring a soccer team to the city, he has done so with passion and honor. His drive to improve this city has resulted in programs built to provide equality, transparency, and new development to the city. He worked to revitalize Washington Avenue, founded Bike St. Louis, collaborated with Sprint to give internet access to students who need it, and launched the Cure Violence campaign. I can say with confidence that this city would not be what it is today without the tireless work of my uncle.

On a more personal level, Lewis is the guy that comes over to my house on a Saturday to install a door for my roommate. He's the guy who sings songs with me in my kitchen. He's the guy that was there for our entire family when grandparents passed away, and he's the guy that makes this family whole. His character is something I look up to, and I strive to one day possess a fraction of the integrity I see in him every day. He is a loving father, a supportive husband, and an integral part of my family. I've always felt so proud to be related to Lewis and continue to be proud of Lewis as he faced the terrible error that he has made.

However, I believe that Lewis has already faced the consequences of his error, whether that is financially or personally. He resigned his position of over 20 years, has faced the loss of his reputation, and has been faced with the financial burden of paying for his defense. I ask you to please consider the value that Lewis has brought to this city and the value that Lewis brings to his family when you determine his sentence. Given his history of accomplishments throughout his tenure as President of the Board of Alderman, his clean criminal record, and the repercussions he has already faced, I beg you for a lenient sentence.

Sincerely,

*Kathryn Boulware*