UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )
vs.                               )   Case No. 4:22CR297 SRC-2
                                  )
  LEWIS REED          ,           )
                                  )
        Defendant.                )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☒ **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.**

☐ **The defendant declines to sign this notice.**

(<u>Note</u>: Defense counsel should check the appropriate <u>box(es) above.</u>)

12/6/22
Date                                   Signature of Attorney

☒ **I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

_____                               _____
Date                                   Signature of Defendant