IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 4:22-CR-0297-SRC |
| LEWIS REED, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE AND NOTICE OF INTENT TO SEEK RETROACTIVE APPLICATION OF AMENDMENT 821 USSG

Comes now Nicole M. Johnston and enters her appearance as counsel for Lewis Reed. Lewis Reed seeks a reduction in sentence by retroactive application of Amendment 821, U.S.S.G., subject to the amendment taking effect November 1, 2023. Lewis Reed respectfully asks the Court to hold this motion in abeyance to permit the filing of a supplemental motion within twenty-one days of the filing of the report pertaining to his case by the Court's United States Probation Office.

Respectfully submitted,

/s/ *Nicole Johnston*
P.O. Box 440143
St. Louis, Missouri 63144
(314) 440-2548
nicolejohnston5@gmail.com

ATTORNEY FOR DEFENDANT

1

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.